

**ORDERED in the Southern District of Florida on September 15, 2020.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

**FELIX MORE**  Case Number 20-12290-LMI
**SSN XXX.XX.5157**  Chapter 7

    Debtor.
_____/

### ORDER DISMISSING CHAPTER 7 CASE WITH PREJUDICE

**THIS CAUSE** came before the Court on September 14, 2020 at 9:30 a.m. on Debtor's *Motion to Dismiss Chapter 7 Case* [D.E. 47] ("Motion") and the Court having reviewed the file and having heard argument of counsel, it is:

**ORDERED AND ADJUDGED,** as follows:

Page 2 of 2.

1. The Debtor's Motion is **GRANTED.**

2. The Debtor's Chapter 7 Case is **DISMISSED** with a two (2) year prejudice period.

3. Within seven (7) days of the date of entry of this Order, the Debtor shall remit $3,800.00 to Marcia Dunn, Chapter 7 Trustee which will resolve all fees and costs expended by the Chapter 7 Trustee in this matter.

###

Copy to:
Timothy S. Kingcade, Esq.
1370 Coral Way
Miami, FL 33145
(305) 285-9100
scanner@miamibankruptcy.com
Attorney Kingcade is hereby directed to serve a copy of this order on all interested parties immediately upon receipt.